# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**GEORGE TESTON,**

   **Petitioner,**

**vs.**                                              **CASE NO. 4:04cv377-RH/WCS**

**JAMES CROSBY, JR. et al.,**

   **Respondents.**
_____/

## ORDER ON NOTICE OF INQUIRY

This cause is before the court on Petitioner's Notice of Inquiry, asking for acknowledgment of his "Federal Habeas Petition/Motion to Abeas [sic]," filed on an unknown date in February of 2005.  Doc. 17.

The 28 U.S.C. § 2254 petition was filed on September 12, 2004.  Doc. 1.  Respondent was directed to respond and Petitioner directed to file a reply (if he wished to do so) by January 6, 2005.  Doc. 3.  Petitioner sought additional time, stating that the response necessitated a reply and that he had access to a limited law library at New River Correctional Institution.  Doc. 10.  Additional time was granted and the time was again extended when Petitioner filed a notice of inquiry.  Docs. 11-14.

Petitioner is now at Marion Correctional Institution. Doc. 12. He has never filed a reply despite his earlier indication that he wished to file one. He will be given a final opportunity to do so.

To the extent Petitioner is simply inquiring as to the status of his case, he is advised that there will be a delay in ruling on his petition due to the large volume of other prisoner petitions. The filing of multiple inquiries only delays the resolution of this case and others.

Accordingly, it is **ORDERED**:

1. Petitioner shall file a reply to the Respondent's arguments, if he wishes to do so, no later than July 15, 2005. Additional time will not be granted.

2. Petitioner's notice of inquiry is GRANTED as set forth in this order.

**DONE AND ORDERED** on June 9, 2005.

          s/   William C. Sherrill, Jr.
          **WILLIAM C. SHERRILL, JR.**
          **UNITED STATES MAGISTRATE JUDGE**