**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

GEORGE V. TESTON,

        Petitioner,

v.                                    CASE NO.  4:04cv377-RH/WCS

JAMES CROSBY,

        Respondent.

_____/

## ORDER DENYING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 25), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "The petition under 28 U.S.C. §2254 challenging petitioner's conviction for three counts of child abuse, three counts of child neglect, three counts of contributing to the dependency of a child, possession of cocaine, and possession of cannabis in the Third Judicial Circuit, Taylor County, Florida, case number 98-115-CF is DENIED with prejudice."  The

clerk shall close the file.

SO ORDERED this 25th day of October, 2005.

s/Robert L. Hinkle
Chief United States District Judge