# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GEORGE V. TESTON,

    Petitioner,

v.                                             CASE NO.  4:04cv377-RH/WCS

JAMES CROSBY,

    Respondent.

_____/

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Final judgment has been entered denying this petition for writ of habeas corpus under 28 U.S.C. §2254.  Petitioner has filed a notice of appeal (document 25), motion for leave to proceed on appeal *in forma pauperis* (document 26), and application for a certificate of appealability (document 28).

Unless a certificate of appealability is issued, petitioner may not appeal.  *See* 28 U.S.C. §2253(c)(1).  A certificate of appealability may be issued only if petitioner "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  *See Miller-El v. Cockrell,* 123 S. Ct. 1029, 1039-40 (2003) (explaining meaning of this term); *Slack v. McDaniel*, 529 U.S. 473, 483-84, 120 S. Ct. 1595, 146 L. Ed. 2d 542 (2000) (same); *Barefoot v. Estelle*, 463 U.S.

880, 893 n.4, 103 S. Ct. 3383, 77 L. Ed. 2d 1090 (1983); *see also Williams v. Taylor*, 529 U.S. 362, 402-13, 120 S. Ct. 1495, 146 L. Ed. 2d 389 (2000) (setting forth standards applicable to §2254 petitions on the merits).  As the Court said in *Slack*:

> To obtain a COA under § 2253(c), a habeas prisoner must make a substantial showing of the denial of a constitutional right, a demonstration that, under *Barefoot*, includes showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were "'adequate to deserve encouragement to proceed further.'"

Slack, 529 U.S. at 483-84, *quoting Barefoot*, 463 U.S. at 893 n.4.  Further, in order to obtain a certificate of appealability when dismissal is based on procedural grounds, a petitioner must show, "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling."  *Slack*, 529 U.S. at 484.

In the case at bar, for the reasons set forth in the magistrate judge's report and recommendation (document 22), as adopted by the court (document 23), petitioner has failed to make the required showing.  A certificate of appealability therefore will not be issued.

Because petitioner has not obtained a certificate of appealability, I find that

continued pursuit of the appeal will not be undertaken in good faith. I hereby certify pursuant to Federal Rule of Appellate Procedure 24(a) that petitioner's appeal is not taken in good faith and that petitioner is not otherwise entitled to proceed in forma pauperis on appeal. Leave to proceed in forma pauperis on appeal therefore will be denied.[1]

For these reasons,

IT IS ORDERED:

1. Petitioner's application for a certificate of appealability (document 28) is DENIED.

2. Petitioner's motion for leave to proceed on appeal *in forma pauperis* (document 26) is DENIED.

SO ORDERED this 20th day of November, 2005.

>    s/Robert L. Hinkle
>    Chief United States District Judge

---

[1] But for the requirement to obtain a certificate of appealability and the standards that must be met prior to issuance of such a certificate, leave to proceed on appeal *in forma pauperis* would be granted.

*Case No: 4:04cv377-RH/WCS*